**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:22-cr-00247 |
|  | ) |  |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
|  | ) |  |
| vs. | ) | ORDER ACCEPTING PLEA |
|  | ) | AGREEMENT, JUDGMENT AND |
| PEREZ ANTWAN WILLIAMS, | ) | REFERRAL TO U.S. PROBATION |
|  | ) | OFFICE |
| Defendant. | ) |  |
|  | ) |  |

This case is before the Court on a Report and Recommendation (R&R) filed by United States Magistrate Judge Amanda M. Knapp regarding the change of plea hearing of Defendant Perez Antwan Williams which was referred to the Magistrate Judge with the consent of the parties.

On May 13, 2022, the Government filed a four count Information, charging Defendant Perez Antwan Williams in four counts, with Possession with Intent to Distribute a Controlled Substance; Possession with Intent to Distribute a Controlled Substance; Possession with Intent to Distribute a Controlled Substance; and Felon in Possession of Firearms and Ammunition, in violation of Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii); Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi); Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(C); and Title 8 U.S.C. §§ 922(g)(1) and 924(a)(2).  Defendant Perez Antwan Williams was arraigned on May 26, 2022, before Magistrate Judge Amanda M. Knapp, and entered a plea of guilty to Counts 1, 2, 3 and 4 of the Information. On May 26, 2022, Magistrate Judge Knapp issued the R&R, concerning whether the plea should be accepted and finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Perez Antwan Williams is found to be competent to enter a plea and to understand his/her constitutional rights.  He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea agreement is approved.

Therefore, Defendant Perez Antwan Williams is adjudged guilty of Count 1, 2, 3 and 4 of the Information, Possession with Intent to Distribute a Controlled Substance; Possession with Intent to Distribute a Controlled Substance; Possession with Intent to Distribute a Controlled Substance; and Felon in Possession of Firearms and Ammunition, in violation of Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii); Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi); Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(C); and Title 18 U.S.C. §§ 922(g)(1) and 924(a)(2). This matter was referred to U.S. Pretrial Services and Probation Office for the completion of a pre-sentence investigation and report.  Sentencing will take place on September 7, 2022, at 12:00  p.m. either via Zoom or in Courtroom 17B, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

s/David A. Ruiz     7/15/2022
DAVID A. RUIZ
UNITED STATES DISTRICT JUDGE